IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| ATIBA MAYFIELD, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | C.A. No. 26-28-CFC-SRF |
| | ) | |
| SERGEANT KENDRAKE EVANS, | ) | |
| et al., | ) | |
| | ) | |
| Defendants. | ) | |

## ORDER

At Wilmington on this ___13th___ day of May in 2026, having considered the

Report and Recommendation by United States Magistrate Judge Sherry R. Fallon

filed on April 27, 2026 (D.I. 10), and upon the expiration of the time allowed for

objections pursuant to Rule 72 of the Federal Rules of Civil Procedure with no

objections having been filed;

It is HEREBY ORDERED that:

1.    The Magistrate Judge's Report and Recommendation (D.I. 10) is

    **ADOPTED**.

2.    Plaintiff's claims against defendant JTVCC are **DISMISSED WITH**

    **PREJUDICE** as legally frivolous pursuant to 28 U.S.C. §

    1915(e)(2)(B)(i).  Amendment is futile.

3.  With the exception of the First Amendment retaliation claim raised against defendant Evans, Plaintiff's claims against Evans are **DISMISSED WITHOUT PREJUDICE** pursuant to 28 U.S.C. §§ 1915(e)(2)(B)(ii) and 1915A(b)(1).

4.  The Magistrate Judge's recommendation that Plaintiff be granted leave to file an amended complaint remedying the deficiencies noted in the Report and Recommendation is ADOPTED.  Plaintiff's Amended Complaint (D.I. 11) is accepted as timely filed and shall be deemed the operative pleading in this case, subject to further screening by the Magistrate Judge.

_____
Chief Judge

2