IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

ATIBA MAYFIELD,                         )
                                        )
              Plaintiff,                )
                                        )
       v.                               )   C.A. No. 26-28-CFC-SRF
                                        )
SERGEANT KENDRAKE EVANS,                )
et al.,                                 )
                                        )
              Defendants.               )

## ORDER

At Wilmington on this ___15th___ day of June in 2026, having considered the

Report and Recommendation by United States Magistrate Judge Sherry R. Fallon

filed on May 28, 2026 (D.I. 13), and upon the expiration of the time allowed for

objections pursuant to Rule 72 of the Federal Rules of Civil Procedure with no

objections having been filed;

It is HEREBY ORDERED that:

1.     The Magistrate Judge's Report and Recommendation (D.I. 13) is

       **ADOPTED**.

2.     Plaintiff's claims against defendants Brian Emig, Robert May, and

       Sheryl Morris are **DISMISSED WITHOUT PREJUDICE** pursuant

       to 28 U.S.C. § 1915(e)(2)(B)(ii).

3.  Plaintiff's due process claim under the Fourteenth Amendment at Count III of the amended complaint is **DISMISSED WITH PREJUDICE** pursuant to 28 U.S.C. § 1915(e)(2)(B)(i).

4.  Plaintiff's First Amendment Free Exercise and RLUIPA claims at Counts I and V of the amended complaint are **DISMISSED WITHOUT PREJUDICE** pursuant to 28 U.S.C. § 1915(e)(2)(B)(ii).

5.  The court has identified what appear to be a cognizable equal protection claim under the Fourteenth Amendment (Count IV) and a cognizable retaliation claim under the First Amendment (Count II) within the meaning of 28 U.S.C. § 1915A(b) against defendant Evans. Plaintiff may **PROCEED** against Evans on Counts II and IV of the amended complaint.

6.  Plaintiff's motion for a preliminary injunction (D.I. 4) is **DENIED**.

_____
Chief Judge